

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2018

No. 04-18-00313-CR

Jason Lee **SALINAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 14-08-02923-DCRAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

Appellant's brief was due August 1, 2018, but was not filed. Accordingly, on August 6, 2018, we advised appellant's counsel by letter that the brief was past due and that counsel should, within ten days of the date of the letter, respond by stating a reasonable explanation for failing to timely file the brief and demonstrate that affirmative steps are being taken to file the brief. The letter further advised that if counsel intended his response to act as a motion for extension of time, it had to comply with Rule 10.5 of the Texas Rules of Appellate Procedure. On August 16, 2018, appellant filed a response. Therein, counsel stated that he intended to file an *Anders* brief by Monday, August 20, 2018, and inquired whether he should file a motion for extension of time to file the brief. On August 20, 2018, appellant's counsel filed an *Anders* brief. However, the filing is deficient in several respects.

First, appellant's counsel did not file a motion for extension of time to file the brief. Second, when filing an *Anders* brief, counsel is required to file a motion to withdraw as counsel with that brief, and certify that he served a copy of the motion on appellant. *See Anders v. California*, 386 U.S. 738 (1967). Third, counsel did not comply with *Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014). That case holds that when counsel files an *Anders* brief, he must not only inform the appellant of his right to review the record and file his own brief, he must provide proof to the court that he provided appellant with a form for requesting the record and explained to appellant the procedure for obtaining the record. *See id.* at 319.

Accordingly, we **ORDER** counsel for appellant, **on or before Friday, August 24, 2018**, to:

1. File a motion for extension of time in this court. The motion must comply with Rule 10.5 of the Texas Rules of Appellate Procedure.

2. File a motion to withdraw in this court. Counsel must serve a copy of the motion to withdraw on appellant and certify to this court that he has done so.

3. Provide proof to this court that he has provided appellant with a form for requesting the record and has explained to appellant the procedure for obtaining the record.

We **order** the clerk of this court to serve a copy of this order on appellant, his counsel, and the attorney for the State.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court